FILED'06 NOV 03 16:47 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DELANT CORY PALMERTON, ) | |
| ) | Civ. No. 05-3109-CO |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DACE COCHRAN, ) | **ORDER** |
| ) | |
| Defendant. ) | |

**PANNER, District Judge:**

Magistrate Judge John P. Cooney has filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981). Plaintiff has filed various documents apparently objecting to the Findings

1 - ORDER

and Recommendation.

I have, therefore, given this case de novo review. I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Cooney.

## CONCLUSION

Magistrate Judge Cooney's Findings and Recommendation (#19) is adopted. Defendant's motions (#11) against the complaint are granted and this action is dismissed.

IT IS SO ORDERED.

DATED this 3 day of Nov., 2006.

OWEN M. PANNER
U.S. DISTRICT COURT JUDGE

2 - ORDER